OFFICE OF DISCIPLINARY COUNSEL *v.* FORTADO.

[Cite as *Disciplinary Counsel v. Fortado* (1996), 74 Ohio St.3d 604.]

(No. 95–1665—Submitted January 9, 1996—Decided February 28, 1996.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* Fortado asks that we stay his entire two-year suspension, citing *Disciplinary Counsel v. Casalinuovo* (1993), 66 Ohio St.3d 367, 613 N.E.2d 177, and *Disciplinary Counsel v. Carter* (1994), 68 Ohio St.3d 568, 629 N.E.2d 430. *Casalinuovo* and *Carter* were cases of attorneys who, after being found guilty of drug abuse, received treatment in lieu of conviction under R.C. 2951.041. But in those cases, the respondents were sanctioned solely for using illegal drugs. Fortado is guilty of other misconduct as well; he admits two violations each of DR 1–102(A)(6) and Gov.Bar R. V(4)(G), including the improper disbursement of $11,500 of a client's funds and repeated failures to cooperate with relator's investigation.

Accordingly, we adopt the board's findings, conclusions, and recommendation. Matthew Fortado is suspended from the practice of law in Ohio for two years.

One year of this sanction is stayed on the conditions recommended by the board as stated above.   Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.